UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONNIE SUE MCCONNELL, | ) | CASE NO. 5:13-cv-01569 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL, SECURITY | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

Pro se Plaintiff Connie Sue McConnell ("Plaintiff") filed a Complaint against the Commissioner of Social Security ("Defendant" or "Commissioner") on July 19, 2013. This Court referred the case to Magistrate Judge Kathleen B. Burke for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). Plaintiff failed to file her brief in this matter despite the Court's Order giving her additional time to do so, requiring her to file within the extended time, and warning her that her case might be dismissed for failure to prosecute. The Magistrate Judge submitted a report and recommendation (Doc. 14) recommending that the Court DISMISS the matter without prejudice.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No objections have been filed within the 14-day period. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of*

*Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

  Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

  IT IS SO ORDERED.


Dated:  May 22, 2014        */s/ John R. Adams*
                  UNITED STATES DISTRICT JUDGE